# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY,<br><br>           Plaintiff,<br><br>     v.<br><br>CANTINE RALLO, S.p.A.,<br><br>           Defendant. | 1:04-cv-5153 OWW DLB<br><br>**ORDER SETTING ASIDE DEFAULT ON CONDITION OF PAYMENT OF FEES** |

     By order dated August 17, 2005, the district court found: (1) that Plaintiff's January 2004 attempted service upon Defendant's domestic representative did not constitute proper service for purposes of this case; (2) that Plaintiff was entitled to recover attorney's fees and costs reasonably incurred prior to July 1, 2004 in connection with the default proceedings; and (3) that an order setting aside the default judgment would be conditioned upon Defendant's payment of such fees.  The district court reserved judgment on the exact amount of the fee award and requested further briefing from Plaintiff on the subject.

     Plaintiff has submitted supplemental information concerning fees and costs incurred.  *See* Doc. 56, filed Aug. 25, 2005. Plaintiff requests $2,465.00 in fees billed by the firm of McCormick, Barstow, Sheppard, Wayte & Carruth LLP, $484.00 in fees billed by the firm of Sheppard, Mullin, Richter & Hampton

LLP, and $872.57 in costs, for a total request of $3821.57.  The district court has reviewed the fee request and attached declarations and finds them to be reasonable.

Defendant shall pay Plaintiff $3821.57 and submit proof of such payment in the form of a declaration to the Clerk of this court.  Upon such payment, the default judgment entered against Plaintiff is **SET ASIDE**.

The parties shall contact the courtroom deputy clerk to set a scheduling conference.

**SO ORDERED. August 29, 2005**

                                        /S/OLIVER W. WANGER  
                                             Oliver W. Wanger  
                                   UNITED STATES DISTRICT JUDGE