D. GREG DURBIN (CA Bar NO. 81749)
Greg.Durbin@Mccormickbarstow.Com
**McCORMICK, BARSTOW, SHEPPARD
    WAYTE & CARRUTH LLP**
P.O. Box 28912
5 River Park Place East
Fresno, California 93729-8912
Telephone: (559) 433-1300

KATHYLEEN A. O'BRIEN, (CA BAR NO. 94218)
Kobrien@Mofo.Com
**MORRISON & FOERSTER LLP**
555 West Fifth Street, Suite 3500
Los Angeles, California 90013-1024
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

Attorneys for Plaintiff
E.& J. GALLO WINERY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.& J. GALLO WINERY,<br><br>           Plaintiff,<br><br>     v.<br><br>CANTINE RALLO, S.p.A.,<br><br>           Defendant. | Case No.   1: 04 CV 5153 OWW DLB<br><br>**STIPULATION AND ORDER TO RE-NOTICE PLAINTIFF'S MOTION TO COMPEL AND REGARDING OTHER DISCOVERY ISSUES**<br><br>**Hearing<br>Date: June 2, 2006<br>Time: 9:00 a.m.<br>Courtroom: 9** |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties hereto, subject to approval by the Court, that the hearing on E. & J. Gallo Winery's ("Gallo") motion to compel the production of documents and further written responses be continued for one week (from June 2, to June 9, 2006) to give the parties the opportunity to resolve any issues which remain in contention (including after Gallo reviews documents that have been produced as well as additional documents the production of which is anticipated from Cantine Rallo S.p.A. ("Cantine Rallo"));

la-860674

STIPULATION AND [PROPOSED] ORDER

1  Further, the parties agree not to serve any additional discovery requests during the one week from the date hereof until June 2, 2006;

3  Further, the parties agree that neither party will file any motions to compel responses to discovery during the one week from the date hereof until June 2, 2006; and

5  Further, Cantine Rallo agrees that Gallo has a one-week extension (from May 30 to June 6) to respond to Cantine Rallo's second set of requests for production.

Dated: May 26, 2006              MORRISON & FOERSTER LLP
                                 KATHYLEEN A. O'BRIEN

                                 and

                                 McCORMICK, BARSTOW, SHEPPARD
                                 WAYTE & CARRUTH LLP
                                 D. GREG DURBIN


                                 By:      /s/ Kathyleen A. O'Brien
                                          Kathyleen A. O'Brien
                                          Attorneys for Plaintiff
                                          E.& J. GALLO WINERY


Dated: May 26, 2006              WHITE & CASE LLP
                                 JONATHAN E. MOSKIN


                                 By:      /s/ Jonathan E. Moskin
                                          Jonathan E. Moskin
                                          Attorneys for Defendant
                                          CANTINE RALLO, S.p.A.


**IT IS SO ORDERED.**

Dated:  May 30, 2006             /s/ Dennis L. Beck
                                 Honorable Dennis L. Beck