# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| E. & J. GALLO WINERY, | ) | 1:04cv5153 OWW DLB |
| | ) | |
| | ) | ORDER REMOVING MOTION FROM |
| | ) | CALENDAR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | (Document 126) |
| | ) | |
| CANTINE RALLO, S. p. A., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

On September 22, 2006 plaintiff E. & J. Gallo Winery ("Gallo") filed a motion to compel Cantine Rallo, S.p.A.("Rallo") to produce documents in response to three (3) document requests (Request Nos. 81-83) propounded in Gallo's Second Request for Production of Documents. The requests seek documents that Rallo has received from it US distributors of Rallo branded products but has not yet produced in the litigation to date.

On October 12, 2006, the Court conducted a telephonic conference. Kathyleen A. O'Brien appeared on behalf of Gallo and Jonathon Moskin appeared on behalf of Rallo. In the course of the conference, the parties agreed to the following with respect to this motion:

    1.    Gallo clarified that Request Numbers 81-83 are limited to documents which relate to the sales, importation, or distribution of Rallo products or which relate to Gallo and the sales, importation, or distribution of Rallo products;

1    2. Gallo shall therefore serve amended Request Nos. 81-83, as clarified; and

2    3. Thereafter, Rallo shall provide responses to the amended requests.

3    Based on the parties' agreement, Gallo's motion to compel production of documents

4 scheduled for October 13, 2006 is removed from calendar.  Gallo shall serve amended requests as

5 agreed and Rallo shall serve responses to the amended requests within 10 days of service.

7    IT IS SO ORDERED.

8    **Dated:   October 13, 2006**              **/s/ Dennis L. Beck**
3b142a                                                    UNITED STATES MAGISTRATE JUDGE