# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| E. & J. GALLO WINERY, | ) | 1:04cv5153 OWW DLB |
| | ) | |
| | ) | ORDER RE BRIEFING SCHEDULE FOR |
| | ) | NOVEMBER 1, 2006 MOTIONS |
| Plaintiff, | ) | |
| v. | ) | |
| CANTINE RALLO, S. p. A., | ) | |
| Defendant. | ) | |

On October 6, 2006, plaintiff E. & J. Gallo Winery ("Gallo") filed a renewed motion for leave to serve additional interrogatories on defendant Cantine Rallo, S.p.A.("Rallo"). On October 6, 2006, Rallo also filed a motion to compel production of documents and responses to interrogatories from Gallo. The parties each scheduled their respective motions for October 27, 2006.

On October 12, 2006, the Court conducted a telephonic conference. Kathyleen A. O'Brien appeared on behalf of Gallo and Jonathon Moskin appeared on behalf of Rallo. As a result of the conference, the Court orders the following with respect to these motions:

1. The motions are continued to November 1, 2006 at 9:00 a.m. in Courtroom 9;

2. The parties are no longer subject to the meet and confer requirements of Local Rule 37-251. With respect the November 1, 2006 motions, the parties shall file

their respective briefs in support of and in opposition to the motions in accordance with the schedule ordered by the Court on September 26, 2006 as follows:

    a. The moving party shall file its opening brief on or before October 24, 2006;

    b. The responding party shall file its opposition brief on or before October 27, 2006; and

    c. There shall be no reply briefs filed;

3. All further discovery motions in this action shall be filed in accordance with Local Rule 78-230.

IT IS SO ORDERED.

**Dated:** **October 13, 2006**        **/s/ Dennis L. Beck**
3b142a                                         UNITED STATES MAGISTRATE JUDGE