# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, | ) 1:04cv5153 OWW DLB |
| | ) |
| | ) ORDER RE DEFENDANT'S RENEWED |
| | ) MOTION TO COMPEL AND/OR PRECLUDE |
| Plaintiff, | ) AND TO COMPEL COMPLIANCE WITH |
| | ) SEPTEMBER 7, 2006 ORDER |
| v. | ) |
| | ) ORDER RE PLAINTIFF'S MOTION TO |
| | ) STRIKE RENEWED MOTION |
| CANTINE RALLO, S. p. A., | ) |
| | ) (Document 134, 156) |
| | ) |
| Defendant. | ) |
| | ) |

On October 13, 2006, this Court issued an Order scheduling Defendant Cantine Rallo, S.p.A.'s ("Rallo") renewed motion to compel and Plaintiff E & J Gallo Winery's ("Gallo") renewed motion to serve additional interrogatories for hearing on November 1, 2006. The Court specifically stated that the parties are no longer subject to the meet and confer requirements of Local Rule 37-251 and that with respect to the November 1, 2006 motions, the parties were to file their opening briefs on or before October 24, 2006 and opposing briefs on or before October 27, 2006.

On October 26, 2006, Rallo filed a document entitled "Local Rule 37-251 Joint Statement Re: Cantine Rallo's Renewed Motion to Compel and/or Preclude; to Compel Compliance with

1  the Court's September 7, 2006 Order and to Request Sanctions." On October 26, 2006, Gallo
2  filed a motion to strike Rallo's renewed motion for failure to comply with the Court's order.
3     Rallo has failed to comply with the Court's October 13, 2006 Order regarding briefing
4  their renewed motion to compel and therefore the renewed motion to compel is removed from
5  calendar. The motion is reset for Thursday, November 9, 2006 at 10:00 a.m. in Courtroom 9.
6  Gallo shall file any opposition to the motion on or before November 6, 2006.
7     Gallo's renewed motion for leave to serve additional interrogatories shall remain on
8  calendar for November 1, 2006 at 9:00 a.m. in Courtroom 9.
9     IT IS SO ORDERED.
10   Dated:   October 30, 2006            /s/ **Dennis L. Beck**
     3c0hj8                            UNITED STATES MAGISTRATE JUDGE