# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, | 1:04cv5153 OWW DLB |
| Plaintiff, | ORDER SETTING DISCOVERY STATUS CONFERENCE |
| v. | **Discovery Status Conference: February 23, 2007 at 10:30 a.m., Courtroom 9** |
| CANTINE RALLO, S. p. A., | |
| Defendant. | |

Pursuant to the Court's October 30, 2006 Scheduling Order, discovery in this case is scheduled to close February 26, 2007 and dispositive motions must be filed on or before March 26, 2007. Due to the numerous discovery issues that appear to be outstanding, the Court deems it necessary to conduct a Discovery Status conference, addressing, at a minimum, the following:

1. Deposition dates for Rallo witnesses and declarants;
2. The 30(b)(6) topics about which Mr. Vesco will testify;
3. Status of the parties' Rule 26 Rebuttal Witness Reports; and
4. Outstanding written discovery issues, including:
    a. Rallo's Fourth Supplemental Responses to Gallo's First Set of Interrogatories (Response Nos. 1-4, 7-10, 13 and 24);

        b.      Rallo's Supplemental Responses to Gallo's Second Set of Interrogatories (Response Nos. 29, 42 and 43);

        c.      Rallo's Supplemental Responses to Gallo's Third Set of Interrogatories (Response Nos. 33, 46, 44, 45 and 47-49);

        d.      Rallo's Second Supplemental Responses to Gallo's First Set of Document Requests (Response Nos. 1-8, 9, 11, 13, 14, 16, 17--24, 28-31, 33, 34, 36-40, 42-51, 53, 54, 56-57, 59, 60-62, 67-70, 73 and 77-80); and

        e.      Monetary Sanctions.

Accordingly, a Discovery Status Conference shall be held on Friday, February 23, 2007 at 10:30 a.m. before the undersigned. Defendant Cantine Rallo, S.p.A. shall file a status report specifically addressing the above issues as discussed in plaintiff E& J Gallo Winery's submissions of January 26, 2007 (Docket No. 213), February 2, 2007 (Docket No. 229) and February 5, 2007 (Docket No. 230), as well as any other outstanding discovery issues from Rallo's perspective. Plaintiff E&J Gallo shall file a status report on or before February 20, 2007, responding to Rallo's report as well as addressing any other outstanding discovery issues from Gallo's perspective. Both parties should be prepared to address requests for sanctions for failure to comply with the Federal Rules of Civil Procedure, Local Rules and this Court's Orders throughout the discovery phase of this litigation.

IT IS SO ORDERED.

Dated:   **February 6, 2007**           **/s/ Dennis L. Beck**
3c0hj8                                    UNITED STATES MAGISTRATE JUDGE