FILED
FEB 27 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, | Case No. CIV F 04-5153 OWW DLB |
| Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF E. & J. GALLO WINERY'S MOTION TO DISMISS DEFENDANT CANTINE RALLO, S.P.A.'S COUNTERCLAIM |
| v. | |
| CANTINE RALLO, S.p.A., | |
| Defendant. | Hearing Date: January 29, 2007<br>Time: 10:00 a.m.<br>Courtroom: 3 |

E & J Gallo Winery's ("Gallo's") Motion to Dismiss Defendant Cantine Rallo, S.p.A.'s ("Rallo") Counterclaim ("the Motion to Dismiss Counterclaim") came on for hearing on January 29, 2007. Having read and considered Gallo's Motion to Dismiss Counterclaim, the supporting and opposing memoranda and other related documents filed with the Court in connection with the Motion to Dismiss Rallo's Counterclaim, the papers and records on file in this action, and the arguments of counsel, and with good cause appearing therefore, Gallo's Motion to Dismiss Rallo's Counterclaim is hereby GRANTED without prejudice.

la-902203

1

[PROPOSED] ORDER GRANTING MOTION TO DISMISS RALLO'S COUNTERCLAIM

Cantine Rallo. S.p.A.'s first counterclaim asserted in its December 6, 2006 Answer to Amended Complaint and Counterclaim is hereby dismissed in its entirety without prejudice to renew it should Gallo dismiss Claim Three for Federal Trademark Dilution from its First Amended Complaint..

IT IS SO ORDERED.

2-23-07

_____
The Honorable Oliver W. Wanger
United States District Court Judge

Submitted by:

MORRISON & FOERSTER LLP
KATHYLEEN A. O'BRIEN

and

McCORMICK, BARSTOW, SHEPPARD
WAYTE & CARRUTH LLP
D. GREG DURBIN


By: /S/ Kathyleen A. O'Brien
   Kathyleen A. O'Brien
   Attorneys for Plaintiff
   E. & J. GALLO WINERY


Dated: February 2, 2007