# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, | 1:04cv5153 OWW DLB |
| Plaintiff, | PRELIMINARY ORDER AFTER DISCOVERY STATUS CONFERENCE |
| v. | |
| CANTINE RALLO, S. p. A., | |
| Defendant. | |

On February 6, 2007, the Court issued an Order Setting a Discovery Status Conference to address numerous outstanding discovery issues. Defendant Cantine Rallo, S.p.A. ("Rallo") filed a status report on February 13, 2007 and plaintiff E & J Gallo ("Gallo") filed a status report on February 20, 2007. The Status Conference was held on February 26, 2007 before the Honorable Dennis L. Beck, United States Magistrate Judge. D. Greg Durbin and Kathyleen A. O'Brien appeared on behalf of Gallo. Jonathan Moskin appeared on behalf of Gallo. While the Court has taken several matters under submission and will issue a supplemental order shortly, the Court issues the following Order with regard to matters ruled upon at the Conference:

1. The deposition of Francesco Vesco and Harry Mariani shall take place in the New York Offices of Morrison & Foerster on four consecutive days (3 days for Mr. Vesco and 1 day for Mr. Mariani) during the week of March 19, 2007. Mr.

1

1 Moskin was ordered to confirm Mr. Mariani's availability to Ms. O'Brien on or before March 2, 2007;

2. Rallo was ordered to designate Mr. Vesco as Rallo's Rule 30(b)(6) deponent on or before March 2, 2007;

3. The hearing on Rallo's Motion for Summary Judgment currently scheduled for April 2, 2007, is continued to April 27, 2007. Gallo's opposition and any cross motion for summary judgment shall be filed on or before March 30, 2007 and Rallo's reply and any opposition to Gallo's motion shall be filed on or before April 13, 2007. Gallo may file a reply to Rallo's opposition, if any, on or before April 20, 2007;

4. Mr. Moskin was ordered to provide to Ms. O'Brien, on or before March 2, 2007, Harry Mariani's response to Gallo's subpoena served on February 13, 2007; and

5. On or before March 14, 2007, Rallo shall serve via Federal Express, the Rule 26(a) Expert Witness Report of Dr. Englis, including all back-up documentation. Gallo shall thereafter be entitled to take Mr. Englis' deposition. The costs of Mr. Englis' preparation for and the deposition shall be born by Rallo.

IT IS SO ORDERED.

Dated:   **March 9, 2007**          /s/ **Dennis L. Beck**
3c0hj8                                               UNITED STATES MAGISTRATE JUDGE