**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br>           Plaintiff,<br><br>  vs.<br><br>CANTINE RALLO, S.p.A,<br><br>           Defendant.<br>_____/ | CASE NO. CV-F-04-5153- LJO-DLB<br><br>**ORDER GRANTING EXTENSION OF BRIEF PAGE LIMIT** |

Upon *ex parte* application submitted by Gallo and good cause appearing, leave is hereby granted in favor of Gallo to file a single brief that is both in support of its counter-motion for summary judgment and in opposition to Rallo's motion for summary judgment, not exceeding 54 pages in length (excluding face page and tables).

IT IS SO ORDERED.

**Dated:   March 22, 2007**          /s/ Lawrence J. O'Neill
b9ed48                                           UNITED STATES DISTRICT JUDGE