IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br>             Plaintiff,<br>   vs.<br>CANTINE RALLO, S.p.A,<br>             Defendant.<br>_____/ | CASE NO. CV-F-04-5153- LJO-DLB<br><br>**ORDER ON DEFENDANT'S APPLICATION TO CONTINUE SUMMARY JUDGMENT BRIEFING**<br>(Doc. 274, 278.) |

Defendant Cantine Rallo, S.p.A. ("Rallo"), seeks to continue the summary judgment briefing schedule and hearing on grounds of a pending global settlement of plaintiff E. & J. Gallo Winery's ("Gallo's") claims and need for more time to respond to Gallo's papers. Gallo opposes extension of the summary judgment briefing schedule and hearing and disputes potential settlement. Based on the current record, this Court is unable to determine whether good cause exists to extend the summary judgment briefing schedule and hearing. This Court seeks to promote best use of its and the parties' resources to resolve this action. As such, this Court ORDERS the parties, no later than April 6, 2007, to file and serve declarations to state:

1. The parties' respective "true" expectations of settlement, including their estimation of the chances to settle this action prior to this Court's summary judgment decision; and

2. Status of settlement negotiations to support the parties' respective expectations of settlement.

Pending filing of the declarations, the schedule set in Magistrate Judge Beck's March 9, 2007 order shall remain in effect.

IT IS SO ORDERED.

**Dated:   April 4, 2007**                            **/s/ Lawrence J. O'Neill**

1

| | | |
|---|---|---|
| 1 | 66h44d | UNITED STATES DISTRICT JUDGE |