# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>CANTINE RALLO, S.p.A,<br><br>    Defendant.<br>_____/ | CASE NO. CV F 04-5153 LJO DLB<br><br>**ORDER ON BRIEFING ON DEFENDANT'S REQUEST FOR RECONSIDERATION**<br><br>(Doc. 272.) |

On April 2, 2007, defendant Cantine Rallo, S.p.A. ("Rallo") filed its request for reconsideration the U.S. Magistrate Judge Dennis Beck's March 21, 2007 order. Rallo set no hearing date for its reconsideration request to invoke a briefing schedule. As such, this Court:

1. ORDERS Gallo, no later than April 20, 2007, to file and serve its opposition papers to Rallo's reconsideration request;

2. ORDERS Rallo, no later than April 27, 2007, to file and serve its reply papers for its reconsideration request; and

3. ORDERS Gallo and Rallo to provide to this Court's chambers courtesy copies of their respective papers.

Unless this Court orders otherwise, this Court will consider Rallo's reconsideration request on the record and without oral argument, pursuant to Local Rule 78-230(h).

IT IS SO ORDERED.

**Dated:**   April 9, 2007                         /s/ Lawrence J. O'Neill

1

1  66h44d                              UNITED STATES DISTRICT JUDGE