# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>CANTINE RALLO, S.p.A,<br><br>  Defendant. | CASE NO. CV F 04-5153 LJO DLB<br><br>**FURTHER ORDER ON SUMMARY JUDGMENT MOTION BRIEFING**<br>(Docs. 274, 278, 281, 282.) |

Defendant Cantine Rallo, S.p.A. ("Rallo") requests to extend the summary judgment motion briefing schedule on grounds of potential settlement of plaintiff E. & J. Gallo Winery's ("Gallo's") claims and need for more time to respond to Gallo's papers. In response to this Court's April 4, 2007, Gallo suggested a short extension. A such, this Court will grant a week extension of the briefing scheduling and will entertain no further extensions without a showing of genuine, meaningful settlement progress. As such, this Court:

1. ORDERS Rallo, no later than April 20, 2007, to file and serve its reply papers for its summary judgment motion and opposition papers to Gallo's summary judgment motion;

2. ORDERS Gallo, no later than April 27, 2007, to file and serve its reply papers for its summary judgment motion;

3. ORDERS Gallo and Rallo to provide to this Court's chambers courtesy copies of their respective papers; and

4. VACATES the April 27, 2007 hearing on Gallo and Rallo's summary judgment motions.

1  Unless this Court orders otherwise, this Court will consider Gallo and Rallo's summary judgment
2  motions on the record and without oral argument, pursuant to Local Rule 78-230(h).
3         IT IS SO ORDERED.
4  **Dated:    April 9, 2007**              **/s/ Lawrence J. O'Neill**
   66h44d                                    UNITED STATES DISTRICT JUDGE