IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>CANTINE RALLO, S.p.A,<br><br>        Defendant.<br>_____ / | CASE NO. CV-F-04-5153- LJO-DLB<br><br>**ORDER ON DEFENDANT'S FURTHER REQUEST TO CONTINUE SUMMARY JUDGMENT BRIEFING**<br>(Doc. 285, 286.) |

Defendant Cantine Rallo, S.p.A. ("Rallo"), seeks to continue the summary judgment briefing schedule on grounds of a pending global settlement of plaintiff E. & J. Gallo Winery's ("Gallo's") claims. Gallo indicates "there has been no progress, meaningful or otherwise, toward resolving the outstanding issues." Based on Gallo's apparent pessimism toward global settlement, this Court is unconvinced of benefits to again extend the briefing schedule. This Court DENIES Rallo's request to extend the summary judgment briefing schedule.

IT IS SO ORDERED.

**Dated:   April 16, 2007**                    **/s/ Lawrence J. O'Neill**
                                                              UNITED STATES DISTRICT JUDGE

1