UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY,<br><br>          Plaintiff,<br>     vs.<br>CANTINE RALLO, S.p.A.,<br><br>          Defendant.<br>_____/ | CASE NO. CV F 04-5153 LJO DLB<br><br>**ORDER AFTER SETTLEMENT NOTICE** |

Plaintiff E. & J. Gallo Winery filed an April 20, 2007 notice of settlement of this action. **Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, no later than May 21, 2007, to file a stipulation and order to dismiss this action in its entirety.**

**All motions and court dates**, including the parties' cross-summary judgment motions, defendant's motion for reconsideration of discovery order, the July 9, 2007 pretrial conference and August 20, 2007 trial, and any other pending matters in this action are **VACATED**.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. *See* Local Rules 16-160 and 16-272.

IT IS SO ORDERED.

**Dated:   April 20, 2007**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE