UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, | CASE NO. CV F 04-5153 LJO DLB |
| Plaintiff, | **ORDER FOR FURTHER DECLARATIONS ON SCOPE OF DISMISSAL** |
| vs. | (Docs. 302, 303.) |
| CANTINE RALLO, S.p.A., | |
| Defendant. | |

This Court issued its April 23, 2007 order to require the parties " **no later than May 21, 2007, to file a stipulation and order to dismiss this action in its entirety.**" (Bold in original.) The parties' counsel filed declarations to dispute whether the dismissal of this action is with prejudice and submitted their respective requests to dismiss this action. Based on the declarations, this Court is unable to ascertain the parties' settlement discussions and negotiations on dismissal with or without prejudice. As such, this Court ORDERS the parties, no later than May 31, 2007, to submit declarations to further describe the parties' specific settlement discussions and negotiations on dismissal of this action with or without prejudice. Based on such declarations, this Court will determine whether to dismiss this action with or without prejudice.

IT IS SO ORDERED.

**Dated:   May 22, 2007**                    /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE