UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, | CASE NO. CV F 04-5153 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS ACTION** |
| vs. | |
| CANTINE RALLO, S.p.A., | |
| Defendant. | |
| _____/ | |

This Court issued its April 23, 2007 order to require the parties " **no later than May 21, 2007, to file a stipulation and order to dismiss this action in its entirety.**" (Bold in original.) The parties' counsel filed declarations to dispute whether the dismissal of this action is with prejudice and submitted their respective requests to dismiss this action. Plaintiff E. & J. Gallo Winery ("Gallo") further requested to impose a $1,000 sanction against counsel for plaintiff Cantine Rallo, S.p.A. ("Rallo")for legal fees to address the dismissal issue. This Court determined that based on the declarations, this Court was unable to ascertain the parties' settlement discussions and negotiations on dismissal with or without prejudice. This Court's May 22, 2007 order required the parties, no later than May 31, 2007, to submit declarations to further describe the parties' specific settlement discussions and negotiations on dismissal of this action with or without prejudice.

Gallo's declarations indicate that the counsel negotiating settlement contemplated dismissal without prejudice and that the dismissal dispute what created by Rallo counsel Jonathan Moskin, who admitted that he was not handling settlement negotiations. Neither Rallo nor Mr. Moskin filed declarations to comply with this Court's May 22, 2007 order. As such, this Court surmises that Mr. Moskin wrongly interjected the dismissal with prejudice notion, especially given that the parties'

1  settlement agreement did not require dismissal with prejudice.  *See* F.R.Civ.P. 41(a)(1).

2  On the basis of good cause, this Court:

3  1.  DISMISSES this action in its entirety under F.R.Civ.P. 41(a)(2) and DIRECTS the clerk
4     to close this action; and
5  2.  ORDERS Jonathan Moskin and White & Case LLP, no later than June 15, 2007, to pay
6     Gallo $1,000.
7  IT IS SO ORDERED.

8  **Dated:    June 1, 2007**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE