UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY,<br><br>            Plaintiff,<br><br>    vs.<br><br>CANTINE RALLO, S.p.A.,<br><br>            Defendant.<br>_____/ | CASE NO. CV F 04-5153 LJO DLB<br><br>**ORDER TO RESPOND TO DEFENSE COUNSEL** |

On June 5, 2007, this Court's chambers received defense counsel Jonathan Moskin's supplemental declaration, five days after its was due, pursuant to this Court's May 22, 2007 order. This Court's June 4, 2007 order dismissed this action and ordered Mr. Moskin to pay plaintiff E. & J. Gallo Winery $1,000. This Court has reviewed Mr. Moskin's June 7, 2007 letter and attachments, one of which demonstrates that Mr. Moskin's supplemental declaration was not sent to a carrier for delivery until May 31, 2007 to result in belated June 4, 2007 delivery to this Court. Mr. Moskin's letter and supplemental declaration provide no grounds to alter the June 4, 2007 dismissal and sanctions order. This Court deems the matter closed and needs no further communications from the parties.

IT IS SO ORDERED.

**Dated:   June 7, 2007**                        /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE